UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN RUSOFF, ET AL.** | Case No. 21-CV-8084-YGR |
| Plaintiffs, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL DISCOVERY MATTERS** |
| vs. | |
| **THE HAPPY GROUP, INC.** | Re Dkt. No. 45 |
| Defendant. | |

The Court is in receipt of the parties' joint discovery letter filed November 22, 2022. (*See* Dkt. No. 45.)  Pursuant to Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge for all discovery matters, including the pending discovery motion.  The Magistrate Judge to whom the request is assigned will advise the parties of how the matter will proceed.

The Magistrate Judge may issue a ruling, order additional briefing, or set a telephone conference or a hearing.  Hereafter, all further discovery matters shall be filed pursuant to the assigned Magistrate Judge's procedures.  The parties shall contact the courtroom deputy of the assigned Magistrate Judge for information about those procedures.  Information may also be available on the Court's website.

**IT IS SO ORDERED**.

Dated: November 30, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email