United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    JONATHAN RUSOFF, et al.,              Case No. 21-cv-08084-YGR   (LJC)

8                 Plaintiffs,
                                           **ORDER FOR ADDITIONAL BRIEFING
9          v.                              ON DISCOVERY DISPUTE**

10   THE HAPPY GROUP, INC.,                Re: Dkt. No. 45

11                Defendant.

12

13         The parties shall submit additional briefing to assist the Court in resolving their

14   outstanding discovery dispute.  Having reviewed the joint discovery letter and exhibits, ECF No.

15   45, it appears that there are two disputes—one concerning custodians and a second concerning the

16   search terms proposed by Plaintiff.

17         In a second joint letter, to be submitted by December 15, 2022, the parties shall address the

18   following issues.  With respect to custodians, Plaintiffs shall identify the three disputed

19   custodians, name and describe their respective job titles and positions, and explain the reason they

20   would have information relevant to Plaintiffs' claims and why a search of their ESI would be

21   proportionate to the needs of this case.  Defendant, in turn, shall respond to Plaintiffs' arguments

22   and explain its position.

23         With respect to search terms, the parties shall clarify their disputes going issue-by-issue.

24   The letter shall identify each disputed search string or term, identify the Request(s) for Production

25   that the disputed search string or term relates to, and provide each party's final proposed

26   compromise with respect to the search string or term. No further argument as to the search terms is

27   permitted, as the undersigned is looking to clarify the dispute.

28         The second joint letter shall not exceed three pages.  Each side is entitled to an equal

number of lines of text in making their arguments, though they are not required to use their entire

allotment of lines.  No further exhibits are permitted.

**IT IS SO ORDERED.**

Dated: December 12, 2022

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2