# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

**CIVIL MINUTES**

| **Date:** December 30, 2022 | **Time:** 12:26 p.m.-2:23 p.m. (1 hour and 57 minutes) | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 4:21-cv-08084-YGR | **Case Name:**  Rusoff v. The Happy Group, Inc. | |

**Attorney for Plaintiff:** Aubrey Wand and Robert Abiri

**Attorney for Defendant:** Nick De Palma, Christian Schreiber

**Deputy Clerk:** Brittany Sims          **Recorded via Zoom:** 12:26 p.m.-2:23 pm

**PROCEEDINGS**

Discovery Hearing held.

The Court heard arguments from both parties.

**Order to be prepared by:**

( )     Plaintiff          ( )     Defendant          (X)     Court